IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NORMAN EUGENE OTTO,<br><br>　　　　　　Defendant. | Case No. 3:24-cr-00034-RRB<br><br>**ORDER** |

　　　　The Court hereby ACCEPTS and ADOPTS the Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty, filed at Docket 34, in its entirety and enters an adjudication of guilt as to Count 1 of the Indictment.

　　　　DATED this 17th day of July, 2024, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Ralph R. Beistline*
　　　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge